1034

THE STATE OF WASHINGTON, *Respondent*, v. GONZALO
BARTOLO-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-01312-0, Julie Spector, J., entered May 23,
2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND D.
McCOY, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 06-1-01623-4, Gregory P. Canova, J., entered
June 23, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. TADESSE AYELE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-14023-1, Sharon S. Armstrong, J., entered
July 7, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BEE THOW SAYKAO,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-00177-6, Douglass A. North, J., entered
August 25, 2006. *Affirmed* by unpublished per curiam
opinion.

THAI PHAM, *Appellant*, v. JONIE NG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-05564-1, Richard A. Jones, J., entered
November 9, 2006. *Affirmed* by unpublished per curiam
opinion.